█ In the Matter of SAUL HARRIS et al., Appellants, v FINANCE ADMINISTRATOR OF THE CITY OF NEW YORK et al., Respondents.—In consolidated proceedings to review the tax assessment on certain real property for the tax years 1972/1973 through 1976/1977, petitioners appeal from so much of

a judgment of the Supreme Court, Kings County, entered June 3, 1977, as confirmed the assessment for the tax years 1974/1975 through 1976/1977. Judgment affirmed insofar as appealed from, with costs, on the opinion of Mr. Justice Ventiera at Special Term. Titone, J. P., Suozzi, Margett and Hawkins, JJ., concur.